**Dismissed and Memorandum Opinion filed February 28, 2013.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-12-00931-CV

---

**HOMER CHRISTOPHER MURDIEN, Appellant**

**V.**

**ROSALYN GAINES, Appellee**

---

**On Appeal from the 280th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-53764**

---

## M E M O R A N D U M   O P I N I O N

According to information provided to this court, this appeal is from a judgment signed October 3, 2012. No affidavit of indigence was filed. *See* Tex. R> App. P. 20.1. Our records show that appellant has not paid the $175.00 appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); *see also* Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007) (listing fees in court of

appeals); Tex. Gov't Code § 51.207 (same). On October 23, 2012, this court notified appellant that the filing fee was past due, but no response was filed.

The record in this appeal was due December 3, 2012, but it has not been filed. The clerk responsible for preparing the record informed the court appellant did not make arrangements to pay for the record. Leticia Tafolia, the deputy court reporter for this case, informed this court that appellant did not make arrangements to pay for preparation of the reporter's record.

On December 14, 2012, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). On December 19, 2012, appellant requested an extension of time to pay the fees necessary to this appeal. The court granted an extension of time until January 28, 2013, to pay the appellate filing fee and for preparation of the record.

When no payments were made by the extended deadline, this court ordered appellant to pay the filing fee and for preparation of the record and provide this court with proof of payment on or before February 19, 2013. In the order, the court advised appellant that the appeal was subject to dismissal if appellant failed to comply with the order. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice or order from clerk requiring response or other action within specified time).

Appellant has not provided this court with proof of payment for the record. The record has not been filed. Appellant paid $40.00 as partial payment for the appellate filing fee on February 12, 2013. The balance of $135.00 remains due. Appellant has not requested an extension of time to pay the balance of the filing fee or pay for preparation of the record.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Christopher, Jamison, and McCally.